UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Dayniece Lugo Young

ORIGINAL

COMPLAINT

NAME OF PLAINTIFF(S)

CV 11-00859

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

Corner Network Inc

MAUSKOPF, J.

★ FEB 17 2011 ★

BLOOM, M.J.

BROOKLYN OFFICE

NAME OF DEFENDANT(S)

This action is brought for discrimination in employment pursuant to (check only those that apply):

_________ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub. L. No. 102-166) (race, color, gender, religion, national origin).
**NOTE:** *In order to bring a suit in federal district court under Title VII, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

_________ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 - 634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub. L. No. 92-592 , the Civil Rights Act of 1991, Pub. L. No. 102-166).
**NOTE:** *In order to bring a suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

_________ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 - 12117 (amended by the ADA Amendments Act of 2008, Pub. L. No. 110-325 and the Civil Rights Act of 1991, Pub. L. No. 102-166).
**NOTE:** *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

Jurisdiction is specifically conferred upon this United States District Court by the aformentioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub. L. No. 102-166, and any related claims under New York law.

1. Plaintiff resides at:

116-27 170th St. Jamaica
Street Address

Queens, N.Y., 11434,
County, State, Zip Code, Telephone Number

2. Defendant(s) resides at, or its business is located at:

182-30 150th RD Suite 119
Street Address

Queens, Jamaica, NY, 11413
County, City, State, Zip Code

3. The address at which I sought employment or was employed by the defendant(s) is:

182-30 150th RD Suite 119
Street Address

Queens, Jamaica, N.Y., 11413
County, City, State, Zip Code

4. The discriminatory conduct of which I complain in this action includes

(check only those that apply).

_____ Failure to hire.

_____ Termination of my employment.

_____ Failure to promote.

_____ Failure to accommodate my disability.

_____ Unequal terms and conditions of my employment.

_____ Retaliation

✓ Other acts (specify): Equal Pay.

*NOTE: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

5. It is my best recollection that the alleged discriminatory acts occurred on: 2/19/2007 - 5/1/2009.
Date(s)

6. I believe that the defendant(s) (check one)

_____ is still committing these acts against me.

✓ is not still committing these acts against me.

7. Defendant(s) discriminated against me based on my:
(check only those that apply and state the basis for discrimination, for example, what is your religion, if religious discrimination is alleged)

[✓] race Black [ ] color ______

[✓] gender/sex Female [ ] religion ______

[✓] national origin American

[ ] age ______ My date of birth is: 5/3/48
Date

[ ] disability ______

*NOTE: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

8. The facts of my case are as follows:

- Employer intentionally paid minority (black) woman low salary for doing the same job as male (Caucasian) predecessor.
- Employer fabricated the male predecessor job description & added that he also was the technology person. The employer has always had an outside source & that has always been the job of the V.P. S. Markowicz.

(Attach additional sheets as necessary)

**Note:** As additional support for your claim, you may attach to this complaint a copy of the charge filed with the Equal Employment Opportunity Commission, the New York State Division of Human Rights, or the New York City Commission on Human Rights.

9. It is my best recollection that I filed a charge with the New York State Division of Human
Rights or the New York City Commission on Human Rights regarding defendant's

alleged discriminatory conduct on: ______________________.
Date

10. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct on: 6/1/2009.
& Reinstated 7/14/10
Date

**Only litigants alleging age discrimination must answer Question #11.**

11. Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct (check one),

_____ 60 days or more have elapsed.

_____ less than 60 days have elapsed.

12. The Equal Employment Opportunity Commission (check one):

_____ has not issued a Right to Sue letter.

__✓__ has issued a Right to Sue letter, which I **received** on 12/10/10.
Date

**NOTE:** Attach a copy of the Right to Sue Letter from the Equal Employment Opportunity Commission to this complaint.

WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs, and attorney's fees.

PLAINTIFF'S SIGNATURE

Dated: 2/16/2011

116-21 176th St.
Address
Jamaica NY 11434

718 977 1838
Phone Number

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
New York District Office

33 Whitehall Street, 5th Floor
New York, NY 10004-2112
For General Information: (800) 669-4000
TTY: (800)-669-6820
District Office: (212) 336-3620
General FAX: (212) 336-3625

Dayniece Lugo-Young
116-27 170th Street
Jamaica, NY 11434-1819

Re: Dayniece Lugo-Young v. Courier Network Services
Charge No: 846-2009-38620

Dear Ms. Lugo-Young:

The Equal Employment Opportunity Commission (hereinafter referred to as the "Commission") has concluded its inquiry into your allegations of discrimination. In accordance with the Commission's charge prioritization procedures your charge has been evaluated. Based upon information and evidence gathered during the processing of your case, our review of the evidence, including the information you provided, fails to indicate that a violation has occurred and it is unlikely that additional information will result in finding a violation.

You allege that you were discriminated against by your employer on account of your sex in violation of the Equal Pay Act ("EPA"). More specifically, you allege that during your employment starting February 19, 2007 until your termination on May 1, 2009, you were paid less than male co-workers with similar or comparable responsibilities and less experience. You were also paid less than your male predecessor when he occupied the same position as yours with the same responsibilities. Although you raised your concerns with your employer throughout your tenure, you were denied an increase, with the exception of a raise in April 2007 and August 2008, according to your charge.

Respondent states that you did not do the same work as your predecessor, who performed the bookkeeping and technology functions for the company and was an employee of long tenure. At the time he left the company, he had not received a pay raise for four years. A review of your detailed rebuttal and documents reveals that the other employees earning more than you had substantially different jobs than yours even though they may have had lesser education or experience. Respondent states that you did not occupy a job that was substantially similar to the jobs of the male co-workers whom you cite.

There is no evidence that your employer discriminated against you because of your sex under the EPA as you alleged.

Your Determination/Notice of Right to Sue are enclosed. If you wish to pursue the charge on your own, you may file a lawsuit in Federal District Court using the enclosed Notice of Right to Sue, within 90 days of your receipt of it.

Sincerely,

for Elizabeth Grossman
Acting District Director

12/7/10

DATE

If you have any questions, please call Electra Yourke at (212) 336-3751.

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
New York District Office
33 Whitehall Street, 5th Fl
New York, N.Y. 10004

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

FIRST CLASS

UNITED STATES POSTAGE
PITNEY
02 1A $ 00
0004601382 DEC 0
MAILED FROM ZIP CODE

Rec'D 12/10/

Dayniece S. Lugo-Young
116-27 170th Street
Jamaica, NY 11434

11434+1813

EEOC Form 161 (11/09)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# DISMISSAL AND NOTICE OF RIGHTS

To: **Dayniece S. Lugo-Young**
**116-27 170th Street**
**Jamaica, NY 11434**

From: **New York District Office**
**33 Whitehall Street**
**5th Floor**
**New York, NY 10004**

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **846-2009-38620** | **Electra Yourke, Enforcement Manager** | **(212) 336-3751** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. *You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your* lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Enclosures(s)

Elizabeth Grossman (signature)

**Elizabeth Grossman,**
**Acting District Director**

**12/7/10**
*(Date Mailed)*

cc:

**Jamie S. Felsen, Esq.**
**Milman Labuda Law Group PLLC**
**3000 Marcus Avenue, Suite 3W8**
**Lake Success, NY 11042**

**EEOC Case# 846-2009-38620**

Dear Ms. Zygmund and the EEOC,

Position Statement Rebuttal

This rebuttal is submitted to the EEOC and requests that you continue the investigation against Courier Network. The employer is fabricating many claims against me. In order to prove that the allegations in which the employer states to be true, **please request the original ADP Payroll master sheet along with the weekly payroll envelope received for all employees.** I am neither a lawyer nor an idiot, and my educations along with experiences have taught me to recognize the difference between the violations of civil rights laws and various discrimination laws.

**EEOC**: Below each rebuttal statement is a request for you to retrieve documents. Since the employer is stating false claims against me, the burden of proof is in his favor. Please, request the **employee agreements letter for all employees** who have worked for CNW. **You will find many discrepancies between the pay of men and women for many years. The jobs were very similar in nature.** From the time of February 19, 2007 until May 2009 you will be able to find many of the allegations in which I stated to be true. Please request the employer to submit to your office **copies of original** and **undisturbed ADP documents** which are received on a weekly basis with payroll. **Also request his business checking accounts** from 2006 to present to assess the extra extra perks the male employees receive.

**COMPLAINTANT'S PREDECESSOR**

**There is no such thing as a "Certified Public Accounting Degree".** A degree from other countries has no bearing in the U.S. Educational & professional credentials held outside the United States are generally not recognized **unless proof of a State Licensing exam (Uniformed Certified Public Accountant Exam)** was taken and passed, and that **would allow that individual to be called a CPA.** The **additional classes he took means that he may or may not have a certificate.** The degree that CNW claims Kin Devilla has, has no merit in the United States. If Mr. Devilla had a "Certified Public Accountant Degree", then would the employer need the services of Ms. Ronnie Millman, CPA to handle his personal and business accounting? Therefore, he is lacking in the educational part according to the United States and its education requirements. The employer is desperate and will try to say and do anything that will prove his case other than state the truth.

**EEOC:** Please **request the employer provide clear, undisturbed** and **copy of original documentation** from the Dept of NYS licensing showing Kin Devillas' CPA License from the United States and also his "**Certified Public Accounting Degree**" from the Philippines'. Please also **request the employer send the Information Technology licensing** from Kin Devilla "the bookkeeper".

## COMPLAINTANT'S EMPLOYMENT WITH CNW

On 8/15/08, employer claims that the company is cash strapped but gives me $1,000 raise. The employer could not justify why a $1,000 raise, which is less than $20.00 per week or .48 cents per hour is a good raise for a black minority woman, whose job managing the financial structure of a company with various financial commitments is acceptable, compared to a $10,000 and $7,000 raise for two males who do not have any knowledge and or experience on how to work an accounting system and payroll system. I have worked with a shipping company before and **it does not require someone with a college degree to pack and label a box and enter data in a system.** The $1,000 raise was a slap in my face. The money was returned to the employer through ADP payroll. Since employer and staff have access to all computers in the company, it is quite possible for someone to manipulate the accounting system and payroll system to change a few numbers.

**<u>EEOC</u>: For the "$1,000 that I "stole from ADP payroll", since this is the first that I am learning about this and I am unsure when this theft occurred, please request the employer to send the original ADP weekly package sent with payroll from February 2007 to May 30, 2009. ADP Payroll Company can provide the necessary documents for the months of August and September 2008. Also, since the employer stated that he "<u>conferenced me on the stolen $1000,</u>" <u>please have employer prove that the theft did indeed occur. The employer must provide and send to the EEOC the warning/reprimand notice with original signature by me and the employer Elazar Grinstein.</u> When a serious crime such as this has occurred, the normal procedure for any business is to have signed documentation with regard to the "robbery" between the employer and employee. I am requesting a copy of all the documents regarding this alleged crime.**

Kin Devilla the bookkeeper was not the individual in charge of the Informational Technology Systems at CNW. Along with Mr. Kin Devilla worked Mr. John Wilson. John Wilson's specialty is Information Technology and Database Systems. Mr. Wilson was and is still the man in charge of the IT system for CNW. When the system goes down, and Simon Markowitz cannot fix it on the premises, John Wilson is called and does a remote system repair from his NYC office for CNW. John Wilson works for a company called Avalon Technology Inc in NYC. **<u>It is unheard of for any corporation to use an unlicensed professional to maintain their computerized database systems especially the bookkeeper</u>**.

**<u>EEOC:</u>** Please **<u>request the vendor account analysis</u>** from the accounting system of CNW **<u>that pertains to Avalon Technologies Consultants Inc, NYC</u>. The employer must and should also provide you with the contact information to Avalon Tech accounting dept to verify the business relationship that is shared.**

**<u>LEGAL ANALYSIS & DEFENSES</u>**

Prima Facie can be established. I am a black American woman over 40 that achieved a Bachelor of Science Accounting degree from an accredited college in NY along with credentials, and licensing. A male with or without a degree at CNW can easily make $50,000 plus just coming through the door without a degree no matter what the position is. The employer **<u>created</u>** a "Sales Manager position" and **started him with $60,000 plus "extra extra perks"**. The individual who has that position is a Mr. Stephen Petraglia. Mr. Petraglia is a Caucasian male without a college degree and no credentials. He is in the office 99% of the time doing collections and administrative assistant work, and the 1% running errands (getting food). The "Sales Mgr." was working on accounts receivable (which is accounting business), calling for collections. That duty is part of accounting and the employer was trying to create things for Stephen to do, so he delegated him to do collections. While I was there, Stephen Petraglia did not make one sale or bring any new clients.

The treatment between men and women differ at Courier Network.

**<u>Truth</u>**

Black female billing manager, administrative assistant, & operations agent with almost 10 years of service has health illness, she gets low end of the health care coverage provided by the employer.

Caucasian male sales manager with less than 6 months service gets high end of health care coverage provided by employer.

Both employees have **very similar health conditions.** The **difference is she is black and he is white.**

**<u>EEOC:</u>** Please request the healthcare invoice by Healthnet for the months of October 2008 to October 2009.

**ECONOMY FORCES THE COMPANY TO REDUCE ITS WORKFORCE**

Since the company was continuing to decline in revenue, that means that the "Sales Mgr" was not doing what he was hired to do...there were no new sales before my "economic lay off". The sales manager should have been laid off. When there is a decline in revenue, the **very last** employee **to usually leave** the company **when there is a lay off is the bookkeeper.** The bookkeeper is the resource for the financial records and all other records kept for the company. Poll question: In a layoff, which employee should be kept, the bookkeeper, salary $42,500 who knows the financial records and does the payroll or a sales manager, salary $60,000 plus **"extra extra perks"** who has not produced anything for the company except for a reimbursing $40,000 back to a company the employer overcharged? If there is a decline in revenue, does a company typically rehire another male? This male previously earned ~~$35,000~~, is now earning $45,000 doing the same job as before. **Eight days directly after this males rehire, a black woman** making less than both male employees and the records keeper of the company was laid off due to the **"economic downturn".**

The only retaliation in this claim is stemming from the statement of position from the employer. If an employee "stole money" from a corporation (which is a serious offense), he/she would be fired. The employer is concerned that he will be exposed for the discrimination charges surrounding him and his company. That is why he is fighting extremely hard to get rid of the charges. The employer hires individuals who are less fortunate with education and those whose immigration status demands his help. The employer is fighting tooth and nail to dismiss this case.

**EEOC:** A visit to the employers' place of business and a review of records will clear up all charges which have been submitted.

CNW is a discriminatory company and the minority females whom were laid off did perform the same work as the males. The employer is smart enough to cover himself by keeping the number of employees at a minimal. His only basis to close the cases against him and his corporation would be because of the small number of employees in the New York office. Because of the position I was in, it allowed me to see the disparate treatment the employer used regarding salary and other compensations between men and women. I have asked the employer on several occasions' questions regarding many pay discrepances between men and women. I have also asked him why he treats certain individuals more favorably than others. He ignored my questions.

Many of the employees fear the employer because of their positions and they have nowhere else to go for employment. The two minority women I worked with knew what

he was doing and just accepted what he paid them and the men used all kinds of "excuses" to get their **"extra pay"**. And it worked.

**EEOC:** Employers' business checking account will show proof of checks made to employees.

The job position and performance that I held, cannot be compared to any other employee within the company. My responsibilities were equivalent to senior management. Tracking and monitoring the daily financial obligations and commitments of a corporation that has many corporations attached to it is not an easy responsibility. Keeping financial and other pertinent records organized for a few corporations is not a function that someone without experience can do. No other individual in the office was equipped or responsible enough to do the job. When starting at CNW in Feb. 2007, I was faced with cleaning up many records and entering data that was left by the previous bookkeeper and the staff at CNW. The salary range was $36-45,000 for the bookkeeping position advertised. I started with a salary of $35,000. I believe because I was a minority woman of African American decent, the employer could pay wages low enough for me to just get buy. Denying me an advantage to get ahead, enjoy the fruits of life and be able to provide for my family and contribute to my home.

Another black woman who was denied an advantage was Roann Lawrence. Roann worked for the employer for almost 10 years. He **never paid her overtime until I began to work there.** I did let the employer know that not paying overtime is against the law and he did not care. She knew everyone's job and performed everyone's job when it was required of her. The employer, Elazar sponsored for her residency and paid her wages just above minimum. Roann was afraid to complain about her wages because she feared the employer and did not want to jeopardize her sponsorship. When he laid her off for "economic reason" she lost her sponsorship. The employer wanted to keep the minority woman at a disadvantage and pay the low wages. I and the other minority women worked just as hard as the males. Another minority employee, Rafael Concepcion was another individual who was being robbed of his time. I finally was able to prove to the employer over a year later from my start date that he has cheating work hours from a hard worker.

**EEOC:** Please request employer to show the printout from the time clock for 2006 (and prior if necessary) until my arrival. You will find a discrepancy with the time for the employees Roann Lawrence and Rafael Concepcion.

**Closing**

Since I am knowledgeable and educated with regard to gender discrimination, civil rights, and employment law, I reported the employer and his company to the EEOC. **Many employers are using the economy as a way of getting rid of "problems" in the companies.** To Elazar Grinstein, **I was the "problem"** because I questioned the bigotry treatment amongst the minority employees. I physically saw firsthand the many prejudices' and bias acts by the employer. No one should be subjected to the prejudices' from an employer. I am coming forth to expose the deceitfulness and under handedness of the employer of CNW.

The Statement of Position from the Respondent is repetitive and many fabrications were created to sway the thinking of the suit. They are getting off the subject at hand. Once the documents requested show support of my claim, the EEOC will have a probable cause.

The EEOC suit is regarding Equal Pay. Since he is such an honest employer, he should not have a problem proving me wrong **with physical evidence**.

**EEOC:** Any documents that the respondent provides to you should be check for authenticity.

The titles may not be the same, but the jobs were very similar in scope (responsibility).

Nichol Ally (General Mgr $65,000)

1. Customer Service/Answered phones
2. Import/Export (?)
3. Dispatched Drivers
4. FedEx Machine (?)
5. Scheduled pickups & drop offs
6. Scheduled Airline Flights
7. Correspondence with Tel Aviv
8. N/A
9. N/A
10. N/A

Roann Lawrence (Billing Manager $42,494.40)

1. Customer Service/Answered phones
2. Import/Export plus all details
3. Dispatched Drivers
4. FedEx Machine plus all details
5. Scheduled pickups & drop offs
6. Scheduled Airline Flights
7. Correspondence with Tel Aviv
8. Dictation & Other Secretarial duties
9. Other office duties
10. Back up for Nick, Shazim, Vicky

Shazim Hussain (Operations $42,980.80)

1. Customer Service/Answered phones
2. Dispatched
3. Import/Export plus all details
4. FedEx Machine
5. AES System
6. Load & Unload Freight
7. Operation of Company Van (if needed)
8. N/A

Vicky Savinon (Operations $42,494.40)

1. Customer Service/Answered Phones
2. Dispatched
3. Import/Export plus all details
4. FedEx Machine
5. AES System
6. Load & Unload Freight
7. Operation of company Van (if need)
8. Bilingual

Alexi Ally (Operations $45,760)

1. Customer Service/Answered Phones
2. Reviewed vendor Invoices
3. Dispatched
4. Import/Export
5. FedEx Machine
6. Load & Unload Freight
7. AES System

Stephen Petraglia (Sales Manager $60,000)

1. Customer Service/Answered Phones
2. Dictation & Secretarial duties
3. Collections
4. Scheduled flights when asked
5. FedEx Machine
6. Gopher,-Run errands for company

Dayniece Young (Bookkeeper $42,500)

1. Customer Service/Answered Phones
2. Collections
3. Customer Relations
4. Vendor Relations
5. Accounts Receivable and all aspects of A/R
6. Knowledge & understanding of Peachtree Accounting system
7. Accounts Payable and all aspects of A/P

8. Human Resources
9. Monthly Bank Reconciliations (4 accounts)
10. Billing (customer data entered bi-monthly)
11. Weekly Payroll and data upkeep (Q Time Plus & ADP)
12. Maintained all financial data
13. Financial report preparation when required
14. Vendor Invoice review
15. Found ways to save Company Cost
16. Worked closely with accountant RMZ to fix & close 2005,2006 years financial data
17. Kept Accounting Department organized and retained accurate records.
18. Resolved long standing issues with CNIL (Courier Network Israel) and Swiss Airlines
19. Kept record of Owners personal Loans and use of company funds from other account.
20. Created Employment Agreement
21. Created Pro forma Invoice

**Termination**

As per the termination notice received, the employer Elazar G, stated that the bookkeeping position was being eliminated due to the economy. If the position is being eliminated, he cannot hire a bookkeeper for that position whether he is paying her less or more than my salary. Why did he hire a male 8 days before he laid me off? The letter also states that he was protecting the position of all employees. The employer lied; he was not protecting my position at all. I have confronted the employer on several occasions (6/07 - 5/09) about his unfair and unjust discriminatory practices. Elazar used the recession and the bad economy to terminate me. He did not have just cause to fire me, so the economy made it easy for him.

The disparate treatment I received is not justifiable. I am allowed an equal opportunity to enjoy a full and productive life just as my male co-workers. Since I am a black female over 40, with experience and knowledge of employment practices and laws, the employer found me to be a threat and wanted to remove me by any means necessary. You can find out the salary of the new bookkeeper Tanya, by requesting a current copy of the ADP Employee List and ADP Master List.

**Gender Discrimination**

I applied for this position with previous bookkeeping experience and post-secondary education. The job advertisement requested the individual applying have experience and be familiar with Peachtree (accounting software). Since I exceeded his expectations, I was offered the job on 02/19/2007.

I learned this job without any guidance from my employer, Elazar Grinstein. In order to work as a bookkeeper/accounting manager, you must have a foundation in accounting. The bookkeeping job is a technical job. Therefore, experience and continuous learning is essential in performing the job effectively and consistently. I was instrumental in rectifying accounting issues that occurred before I started the job. During the time of my employment I have never

received a performance or review evaluation, however I have received verbal praise for my work that was completed. On several occasions I requested a review of my file and was denied.

My day to day responsibilities increased while my compensation did not; due to what he called financial constraints. However, he indirectly discriminated against me because he gave Nichol and Shazim (who are males) bonuses and raises within the same time period.

Someone who is a sales associate can not apply for the position of bookkeeper because he or she does not have any experience in that field. The sales manager position was never posted, and it is a position that does not require very much experience and/or education. It is a position that anyone can walk into and wing it, even a bookkeeper—this is not a technical position. Stephen P. was given this position and was promised by the employer (Elazar ) that he will help him to learn the business.

Stephen's resume states that he has over 30 years of experience in the same logistics/courier business. This information can be found in his employment acceptance letter dated 5/12/09 and his resume. The employer is training a white male to be a sales manager at the salary of $60,000 and has a black woman who is experienced as well as educated, and is paying her a salary of $42,500.

What constitutes a white male individual being trained, to make $60,000? We are all doing the same job daily; however two of the male employees make nearly 30 percent more than me with less experience and less qualifications. Promotions to managerial positions, payment of higher starting salaries and training were only made available to male employees. This is gender discrimination. (There were no sales made by the sales manager since he has been employed—please request sales record for Sales Manager).

**EQUAL PAY**

2/19/07 I was hired as bookkeeper at a salary of $35,000. Advertisement posted salary of $36,000-$45,000 with 2-5 years experience, education level, high school or equivalent. At the time of interviewing, I had 18 years experience with a B.S. degree in Accounting. Simon Marcowicz, VP, promised that I will be reviewed in a few months about my performance.

8/20/2007 Before Elazar (the employer) left for TLV, Israel, I spoke with him regarding the pay verses the abundance of work in which I inherited. He took two days and returned with a raise of $7,500. He liked how hard I worked and what I was doing with the dept. Now my salary was $42,500. Neither employer approached me about a review.

12/19/2007 Employer gave every employee a bonus but me. He told me that I will not get a bonus because he gave me a raise 4 months ago. Now all minority women in the company make the same salary and all male employees have different salaries plus overtime.

2/17/2008 I was packing the accounting files because we were moving to another office. I came upon a file from the previous male bookkeeper, Kin, whose last salary information was noted at $50,000.

11/19/2008 I addressed employer about a few topics. I made it very clear that I saw Kin's file and that I should have received equal pay, he said "so what? Are you going to sue me? You accepted the offer." I replied "yes I did accept the offer on the pretense that you were an honest employer. You are very unfair in your decisions regarding compensation and the title between men and women within this company." Employer never responded. When I left his office, he got up to close the door and made a phone call.

2/19/2009 Met with employers for raise. Employer denied raise, states that we are in a recession.

I believe that the employer took advantage using me to straighten out the turmoil in the accounting department, and paid me low wages because I am a black female over 40.