FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUN 1 3 2012 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------------X

DAYNIECE LUGO-YOUNG,

Plaintiff,

-against-

COURIER NETWORK, INC.,

Defendant.

--------------------------------------------------------------X

11-CV-859 (RRM)(LB)

STIPULATED ORDER OF DISMISSAL

IT IS HEREBY STIPULATED that this action has been discontinued and is hereby dismissed with prejudice, without costs to any party against any other. This Stipulation may be filed with the Court without further notice to any party.

Dated: New York, New York
~~May 2, 2012~~ June 12, 2012

Dayniece Lugo-Young
Plaintiff *Pro Se*
116-27 170th Street
Jamaica, NY 11434
(718) 977-1838

Jamie S. Felsen, Esq.
Milman Labuda Law Group PLLC
Attorneys for Defendant
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042
(516) 328-8899

So Ordered

Hon. Roslynn R. Mauskopf, U.S.D.J.